# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1885
LT Case No. 2005-CC-01968

_____

VICTOR M. RIOS,

    Appellant,

    v.

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Appellee.

_____

On appeal from the County Court for Seminole County.
Carsandra Buie, Judge.

Victor M. Rios, Monticello, pro se.

Steven J. Jacobson, of Law Offices of Steven J. Jacobson, P.A.,
Fort Lauderdale, for Appellee.


March 19, 2024


PER CURIAM.

    AFFIRMED. *See Holt v. Holt*, 257 So. 3d 1155, 1157 (Fla. 1st DCA 2018) ("[A] party alleging fraud on the court, also referred to as extrinsic fraud, may seek relief more than one year after the order only by filing an independent action.").

WALLIS, HARRIS and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————